IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JEREMY IRONS,                                                                                                  PLAINTIFF

V.                                                                                                    NO. 2:07CV184-B-D

COAHOMA COUNTY SHERIFF DEPT., et al.,                             DEFENDANTS

## ORDER

In accordance with the opinion issued this day,

1. Plaintiff's claim challenging the fact of his confinement and the claim related to his state court attorney are DISMISSED with prejudice; and

2. Plaintiff's claim for denial of medical treatment shall proceed.

**IT IS SO ORDERED.**

THIS the 1st day of November, 2007.

                                                                              /s/ Neal Biggers

                                                                              Neal B. Biggers
                                                                              Senior U.S. District Judge