IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

JEREMY IRONS                                                                                                PLAINTIFF

V.                                              CIVIL ACTION NO.2:07CV184-NBB-JAD

COAHOMA COUNTY
SHERIFF DEPARTMENT, ET AL.                                             DEFENDANTS

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

On consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated August 12, 2008, was on that date duly served by first class mail upon plaintiff and counsel of record for the defendants; that more than ten days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by said parties. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore

**ORDERED:**

1. That the Report and Recommendation of the United States Magistrate Judge dated August 12, 2008, be, and it is hereby, approved and adopted, and that the proposed findings of fact and conclusions of law therein set out be, and they are hereby, adopted as the findings of fact and conclusions of law of the Court.

2. That this complaint and this action be and hereby is dismissed with prejudice against Defendant Ulyda Johnson for failure to state a claim.

3. That Defendant City of Clarksdale Police Department's Motion for Summary Judgment

be and hereby is granted and this complaint is dismissed with prejudice as to this defendant.

THIS, the 19th day of September, 2008.

/s/Neal Biggers

_____
**NEAL B. BIGGERS, JR.
SENIOR U.S. DISTRICT JUDGE**